DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHANNA GROMEK,**
Appellant,

v.

**SIX OAKS GROVES, INC.,**
Appellee.

No. 4D2025-1209

[April 2, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Warren Alonzo III, Judge; L.T. Case Nos. 562025CC001004 and 562025AP000004A.

Johanna Gromek, Fort Pierce, pro se.

Robert Vincent Schwerer and James Telfer Walker of Hayskar, Walker, Schwerer, Dundas & McCain, P.A., Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***